UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.   24cr10290 |
| | ) | |
| | ) | Violations: |
| v. | ) | |
| | ) | Counts One to Three: Armed Bank Robbery |
| KEYWAN KELLY, | ) | (18 U.S.C. §§ 2113(a) and (d)) |
| | ) | |
| Defendant | ) | Forfeiture Allegation: |
| | ) | (18 U.S.C. § 981(a)(1)(C) and |
| | ) | 28 U.S.C. § 2461(c)) |
| | ) | |
| | ) | Firearm Forfeiture Allegation: |
| | ) | (18 U.S.C. § 924(d)(1) and 28 U.S.C. |
| | ) | § 2461(c)) |

INDICTMENT

COUNT ONE
Armed Bank Robbery
(18 U.S.C. §§ 2113(a) and (d))

The Grand Jury charges:

On or about July 1, 2024, in Weymouth, in the District of Massachusetts, the defendant,

KEYWAN KELLY,

did, by force and violence, and by intimidation, take from the person and presence of another, any

money in the amount of $19,500, more or less, belonging to, and in the care, custody, control,

management and possession of Bank of America, a bank the deposits of which were then insured

by the Federal Deposit Insurance Corporation, and in committing such offense, did assault any

person and put in jeopardy the life of any person by the use of a dangerous weapon and device.

All in violation of Title 18, United States Code, Sections 2113(a) and (d).

1

## COUNT TWO
Armed Bank Robbery
(18 U.S.C. §§ 2113(a) and (d))

The Grand Jury further charges:

On or about July 16, 2024, in Jamaica Plain, in the District of Massachusetts, the defendant,

KEYWAN KELLY,

did, by force and violence, and by intimidation, take from the person and presence of another, any money in the amount of $2,480, more or less, belonging to, and in the care, custody, control, management and possession of Rockland Trust, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, did assault any person and put in jeopardy the life of any person by the use of a dangerous weapon and device.

All in violation of Title 18, United States Code, Sections 2113(a) and (d).

COUNT THREE
Armed Bank Robbery
(18 U.S.C. §§ 2113(a) and (d))

The Grand Jury further charges:

On or about July 26, 2024, in Hyde Park, in the District of Massachusetts, the defendant,

KEYWAN KELLY,

did, by force and violence, and by intimidation, take from the person and presence of another, any money in the amount of $3,000, more or less, belonging to, and in the care, custody, control, management and possession of Rockland Trust, a bank the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, did assault any person and put in jeopardy the life of any person by the use of a dangerous weapon and device.

All in violation of Title 18, United States Code, Sections 2113(a) and (d).

BANK ROBBERY FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1.    Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Section 2113, set forth in Counts One through Three, the defendant,

KEYWAN KELLY,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offenses.

2.    If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

      a.   cannot be located upon the exercise of due diligence;

      b.   has been transferred or sold to, or deposited with, a third party;

      c.   has been placed beyond the jurisdiction of the Court;

      d.   has been substantially diminished in value; or

      e.   has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

## FIREARM FORFEITURE ALLEGATION
### (18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1.     Upon conviction of one or more of the offense in violation of Title 18, United States Code, Section 2113, set forth in Counts One through Three, the defendant,

### KEYWAN KELLY,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense.

2.     If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

      a.  cannot be located upon the exercise of due diligence;

      b.  has been transferred or sold to, or deposited with, a third party;

      c.  has been placed beyond the jurisdiction of the Court;

      d.  has been substantially diminished in value; or

      e.  has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL

_____
FOREPERSON

_____
LAUREN MAYNARD
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: September ___12___, 2024
Returned into the District Court by the Grand Jurors and filed.

/s/ Leonardo T. Vieira, 2:19pm
_____
DEPUTY CLERK